FILED
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### STATESBORO DIVISION

| | |
|---|---|
| JAMES PETERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV606-29 |
| | ) |
| PAT ETHREDGE, FRED | ) |
| BURNETTE, JACKIE KELSEY, and | ) |
| JAMES DONALD, Commissioner, | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

In an order dated March 21, 2006, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. Doc. 3. The Court warned plaintiff that his failure to return these forms by April 20, 2006 would result in a recommendation that this case be dismissed. Since plaintiff has neither returned the forms nor paid the filing fee, this case should be DISMISSED.

SO REPORTED AND RECOMMENDED this 2nd day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA